UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80071-Rosenberg/Reinhart

18 U.S.C. § 1546(a)
18 U.S.C. § 982(a)(6)

FILED BY ___SP___ D.C.

May 22, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

UNITED STATES OF AMERICA

v.

TATYANA ALEXSANDROVNA SMELIK,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### Counts 1-10
### False Statement in Immigration Application
### (18 U.S.C. § 1546(a))

On or about the date specified as to each count below, in Palm Beach County, in the Southern District of Florida, the defendant,

**TATYANA ALEXSANDROVNA SMELIK,**

did knowingly present and cause to be presented to United States Citizenship and Immigration Services, an application required by the immigration laws and regulations prescribed thereunder, which contained false statements with respect to a material fact, that is, a Form I-134A, Petition to be Financial Sponsor, in which the defendant stated that she had not previously submitted a Form I-134A on behalf of a person other than the beneficiary named in the form, when in truth and in fact, and as the defendant then and there well knew, she had previously submitted a Form I-134A on behalf of a person other than the beneficiary named in the form:

| Count | Approximate Date of Submission |
|---|---|
| 1 | January 14, 2023 |
| 2 | March 7, 2023 |
| 3 | April 29, 2023 |
| 4 | May 3, 2023 |
| 5 | April 26, 2024 |
| 6 | May 12, 2024 |
| 7 | June 25, 2024 |
| 8 | June 26, 2024 |
| 9 | July 5, 2024 |
| 10 | July 14, 2024 |

All in violation of Title 18, United States Code, Section 1546(a).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TATYANA ALEXSANDROVNA SMELIK**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1546 as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

   b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of

2

such offense; and

c. any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-cr-80071-Rosenberg/Reinhart

v.

TATYANA ALEXSANDROVNA SMELIK,
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [ ] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [x] WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge William Matthewman   Magistrate Case No. 25-mj-8239-WM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 05/09/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
ALEXANDRA CHASE
Assistant United States Attorney
SDFL Court ID No. A5501746

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: TATYANA ALEXSANDROVNA SMELIK

**Case No**: 25-cr-80071-Rosenberg/Reinhart

Counts #: 1-10

False statement in immigration application

18 U.S.C. § 1546
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.