UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO. 25-CR-80071-Rosenberg

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TATYANA ALEXSANDROVNA SMELIK,

    Defendant.
_____/

**UNOPPOSED MOTION FOR A BRIEF CONTINUANCE**

Defendant Tatyana Smelik, through counsel, hereby files this her Unopposed Motion for a Brief Continuance of the calendar call scheduled on July 9, 2025 and the trial scheduled during the two week calendar commencing July 14, 2025 and in furtherance thereof states:

1. Defendant Smelik was arraigned in this matter on May 30, 2025.

2. The government has provided discovery which Defendant is reviewing with counsel.

3. It is respectfully suggested that a continuance of a month should be sufficient for the Defendant to finish the review of the discovery and for counsel to have further conversations with the government.

4. It is believed that there will be a non-trial disposition in this matter and the resetting of this matter will give Defendant sufficient time to resolve some issues.

5. Undersigned counsel has spoken to A.U.S.A. Alexandra Chase, who is handling this matter for the government, and she has has graciously authorized counsel to inform this court that the government has no objection to the relief sought.

Respectfully submitted,

Weisberg Kainen Mark, PL
Miami Tower
100 SE 2nd Street, Ste. 2222
Miami, Florida  33131
Phone:  (305) 374-5544
Facsimile No:  (305) 358-8565
dkainen@wkm-law.com

DATE:   July 3, 2025            BY:  /s/ Dennis G. Kainen
                                    Dennis G. Kainen
                                    Florida Bar No. 339393

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion was electronically filed via CMF/ECF this 3rd day of July, 2025.

/s/ Dennis G. Kainen
Dennis G. Kainen