UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80071-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**TATYANA ALEXSANDROVNA SMELIK**,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION FOLLOWING CHANGE OF PLEA HEARING [ECF NO. 28]

THIS CAUSE came before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendations on Change of Plea, entered on August 21, 2025 [ECF No. 28].

THIS COURT has reviewed Judge Reinhart's Report and Recommendations and the pertinent portions of the record, including Defendant's Notice of Non-Objection, filed on August 25, 2025 [ECF No. 30], and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 28]** is **AFFIRMED AND ADOPTED**. Defendant, Tatyana Alexsandrovna Smelik's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 1 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 7th day of September, 2025.

                                                **MELISSA DAMIAN**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Bruce E. Reinhart