# EXHIBIT A

Valentina Malova and Alexander Malov
7724 E Marietta Ave
Spokane WA 99212


Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301


October 13, 2025

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

We are parents of Tatyana Smelik.   Valentina Malova 67 years old, retired. I was working as a caregiver for aging people. Alexander Malov 71 years old, I am still working as a truck driver and owner of a small company with my son.

We want to express our pride in having such a daughter, who can't be more caring , kind, disciplined, hard working, selfless and wise.   No one knows her better than us.
She is always available to help and support. She is handling most of our documents and papers, making phone calls and helping on taking important decisions.
Last year when Alex had an open heart surgery she came to Spokane and was assisting him in the recovery process.
After Tatyana's children grew up she started taking me, Valentina, on vacations with her. She took me places that I never thought I would see in person.
 When our parents were alive  Tanya  would help us with care for them.
Not even mentioning her strength of raising four children in difficult times.
Despite difficulties Tatyana had to face in her life she didn't lose her positive attitude, happy spirit and belief in the goodness of people.

We know how she is sorry  for the action she did and difficulty that brought to our family.. She is ready to take full responsibility and  the consequences for her actions.
Please consider her true character when making a decision.

Sincerely

*Malova*

Valentin Malova

*Alexander Malov*

Alexander  Malov

# EXHIBIT B

Alexander and Tatyana L. Smelik
4302 N Ella Rd
Spokane, WA 99212

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301
Alexandre and Tatyana L. Smelik

October 10, 2025

**Re: Character Reference for Ms. Tatyana Smelik**

Dear Judge Damian,

We are Tatyana L. Smelik 65 years and Alexander Smelik 68 years, parents-in-law of Tatyana Smelik.

I am Tatyana L. been a teacher for 45 years, with a Medal of Honor of National Educational Excellence. I knew Tatyana when she and our son were students in our school.

I am still teaching children in Ukraine via Zoom, those unfortunate kids who stayed in the country and can not go to real schools for the past three years because of the war. I am teaching them between bombing and sirens, if there is power and internet connection. Alexander is a retired engineer of the textile industry.

We both had to run from the war in 2022 from our hometown in Ukraine and now we are living in Spokane WA, close to our son and grandchildren and now great grandchildren.

Our grandchildren were raised honest, hard working, educated and thankfully to our daughter-in-law they know us and respect us. Those qualities could be taught by only a great mother!

First year in America was very difficult, without the language and the rules. Our son (Tatyana's first husband Valeriy) is working in South Dakota and can't always assist with our needs. Tatyana stepped in many times to help us with documents and different situations. She is always available to help or just come for a visit.

We are all deeply concerned about people that were not able to move from the war zones, there is a lot of our friends who are now suffering from the devastation of bomb attacks. Knowing Tatyana and her character, we strongly believe that her intention was just to help Ukrainian people to avoid the horror of the war.

We see that Tatyana is very sorry and she is remorseful for the action that led to this situation. Your honor, we are kindly asking to consider the true character of our daughter-in-law Tatyana when deciding the sentencing to her and consider to soften the punishment.

We are honored to know Tatyana as a kind person and mother of our grandchildren.

Sincerely

Tatyana L. Smelik                    Alexander Smelik

# EXHIBIT C

Valeriy Smelik
4302 N Ella Rd
Spokane WA 99212

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

October 12, 2025

**Re: Character Reference for Ms. Tatyana Smelik**

Dear Judge Damian,

I am Valeriy Smelik 47 years old, I have been working as a technician and a dispatcher in an oil field in North Dakota. I am Tatyana's ex-husband.

We met in high school 30 years ago. Our friendship grew into a marriage, we were married for 15 years and have four amazing children.

I know Tatyana not just as a very caring, kind and loving mother, but also as a hard working, supportive woman.

At difficult times besides being a wife and mother, she worked two jobs, to be able to support and provide for our children. She had to put a lot of her personal interest aside to have the opportunity for our children to get the best possible education. All of the kids took piano lessons and played sports. I can humbly say that she played a most significant role in guiding our children in life and raising them as amazing young men.

I am very grateful to Tatyana that despite our divorce, as a very wise person, she taught her family and our children to put bitterness aside and keep a nice relationship with me. Because of her I and my parents who came from Ukraine still feel as one family.

Also she is still a person who I can call when I am in difficult situations and get her advice. I spoke with her and I see that she is very sorry that she put her family into this troublesome situation by her actions. She is very remorseful and ready to take a full responsibility.

I know her as an honest and trustworthy person and kindly asking to consider those facts when deciding on the sentencing.

Sincerely

**Valeriy Smelik**

# EXHIBIT D

Eelia Smelik
7724 E Marietta Ave
Spokane WA 99212

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

October 13, 2025

Re: Character Reference for Ms. Tatyana Smelik

My name is Eelia Smelik, son of Tatyana. I am 18 years old, a resident of Washington State, and currently pursuing a trade in the powerline and utility industry.

Throughout every part of my life, my mother has been my greatest guide and the strongest source of support I could ever ask for. She has stood by me in every situation, not just as a parent, but as a role model and the foundation of our family.

Growing up, I faced personal challenges that, without my mother's patience, love, and unwavering belief in me, I may not have overcome.

She has given everything of herself to ensure my well-being and success, often putting my needs before her own. Her influence and guidance is the reason I've stayed grounded and motivated to build a better future for myself through honest hard work and dedication.

With the charges and accusations she is currently facing, I have seen my mother, Tatyana, express deep remorse for her actions. She understands the seriousness of her mistakes and has taken time to reflect on them. I ask that you please consider her genuine regret, the steps she's taken to reflect on her behavior, and the person she has always been a caring mother, a devoted daughter, and a loyal friend to many.

Sincerely

Eelia Smelik

# EXHIBIT E

Nikita Smelik
1816 N Arties Road
Spokane Valley, WA 99016

October 1, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Nikita Smelik and I am the son of Tatyana Smelik. I'm 21 years old and I am married to Nellie Smelik. I graduated from West Valley High School and started my plumbing career a week after I graduated.

I have known Tatyana Smelik to be a loving and caring mother for all my life. It was a shock to find out that there has been a case filed against her as I have been a witness of the integrity of her character. It is for this reason that it brings me no trouble to write a reference letter in this case. I understand the significance of this case, but I hope that the court can display grace towards my mom with the same grace I have received from her being my mother.

My mom has been a person in my life that has shown me a great amount of love and support. It has been a selfless love, one that will set aside the needs or wants of herself for the joy of her son. Hockey was something that I fell in love with when I was very young. In order to achieve success in the sport it requires sacrifice, just like any other profession. My mom would wake up at 5:00 a.m. on weekends in the middle of winter just to take me to practice and sit on the freezing bleachers of an outdoor arena. Hockey is a very expensive sport to play and I experienced her work ethic and the hours she would work just to keep me on skates. Aside from the work ethic, the time she has spent driving me to practices, games, training sessions. As a young boy who dreamed of playing in the NHL, this was one of the greatest displays of love and care I could receive. Her love and sacrifice have persisted all through my life. I know that her character expresses the same kind of kindness towards neighbors, friends, and family.

I know my mom accepts responsibility for her actions. I know she will take away many lessons from this case and it will only make her a better person. My mom has expressed a deep sense of regret for the actions. I have seen her remorse when the case is brought up in conversations, and I know she will do what is necessary to make amends for her actions.

I hope that this letter will show the integrity that Tatyana Smelik stands by and will be able to be considered for this case. Despite this case I believe that my mom is a tremendous person in our family, community, and country.

Sincerely,

Nikita Smelik

# EXHIBIT F

Oxsana Malov
3505 N Dick Rd
Spokane Valley, WA 99212
(509) 389-1289

September 22, 2025

Honorable Melissa Damian
United States District Judge
299E Broward Blvd
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatayana Smelik

Honorable Judge Damian,

My name is Oxsana Malova. I am mother of two children 17 and 22 years old. I am 46 years old and living in Spokane, Washington. It is my sincerest pleasure to provide this reference letter on behalf of my sister-in-law Tatayana Smeilik. I know Tatyana since high school, we were living in same city Marganez, Ukraine. She has always proven herself as a kind, motivated and respectful person. Tatyana constantly puts the well-being of her family and friends before herself. She is compassionate and hardworking individual.

We have had a very cordial and close relationship characterized by compassion and push to do better. She is a family-oriented individual who financially and emotionally supports her 7-member family. She has done a remarkable job of putting all 4 children through education and continue supporting her 3 grandchildren. On top of being a committed employee and parent, Tatyana has a reputation for being the first to volunteer to any helping community programs. This indicates her active participation within the community and society at large and her dependability when duty calls.

She's an honest, kind-hearted woman with a strong character, and her one charge is not an accurate reflection of what a wonderful person she is. I know that Tatyana deeply regrets the mistake that was made in the immigration application forms. She was truly done in desire to help people. I respectfully ask the Court to consider Tatyana's contributions, good moral character, and the life she has built here. I believe that she deserves the opportunity to continue being a valued member of our society.

Thank you for your time and consideration of my letter. Please do not hesitate to contact me if you have any questions.

Sincerely,

*O. Mary*

Oxsana Malova

# EXHIBIT G

Sergey and Irina Rodionov
Boca Raton FL

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

September 30, 2025

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

We are, Sergey and Irina Rodionov, are 37 and 42 , with our two sons 17 and 13 years of age are the beneficiaries of Tatyana Smelik from Ukraine. We are from town Summy that is on the border on Russian Federation. I worked as a supervisor at Roshen candy factory and Irina is a math teacher. She is still giving online lessons for Ukrainian kids that are unable to go to schools in Ukraine. I am working as a driver.

From the first days of war our town was occupied by Russian military, there were active bombing and shootings in town. My coworker shared Tatyana's contact, so he knew that she was helping Ukrainian families. I asked her to be our sponsor. She offered her help and filed for us for the U4U program . With her help we were able to come to US. Her help didn't end there. She offered her house and a car in the beginning, for the first period. That gave us the opportunity to find a job and permanent housing. She helped with other necessary documents for our legal stay in US , helped with kids school enrolment as well. Our relationship grows into friendship , and we can go to Tatyana with any problem and questions knowing that she will do what she can or refer us to other resources .
We, being parents, are grateful to Tatyana , that our children are able to live and go to school in a safe place and receive quality education, and don't have to hide in basements under the constant bombs and attacks.
We hope that you will consider the fact that Tatyana's intention was to help Ukrainian families to move to a safe country while the military conflict is present in our home country.


Sincerely

Sergey Rodionov          Iryna Rodionova

# EXHIBIT H

Viktoriia Kuzenkova
2554 SW 23rd Cranbrook Dr.
Boynton Beach, Florida 33436

October 10, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Viktoriia Kuzenkova. I was born in Ukraine. I am 46 years old. I have been living in the United States since 2016 with my husband and our four children.

I met my closest friend, Tatyana Smelik, and her family in 2017, and since then we have become not only close friends but also sisters in spirit. I have never met a more responsible, honest, and caring person than Tatyana. To me, she represents true spirituality, kindness, motherhood, and friendship.

During my entire adaptation period in the United States, Tatyana was by my side. She helped me with translations, enrolling my children in schools and activities, completing health and insurance paperwork, and countless other everyday matters, since my English at that time was not sufficient. She became an irreplaceable part of my American life and a second mother to my children.

Her support was especially important when the war began in Ukraine. I was deeply worried and in pain for my family who remained in danger there. Thanks to Tatyana, my mother, Pavlova Iryna Borysivna, is now safely here with me, slowly overcoming the trauma of war, bombs, and sirens.

I also witnessed many other Ukrainian refugees receive the chance to start a new life in the United States through the program (4F4). Tatyana gave each of them the same moral support and guidance that she once gave me. I know many people who can confirm this.

I know that Tatyana deeply regrets the mistake that she made in this process. She acknowledges it and is ready to take responsibility. This honesty and gratitude are exactly who Tatyana is, and why she is so important not only in my life but in the lives of many others.

Respectfully,

Viktoriia Kuzenkova

# EXHIBIT I

Iryna Dirochian
6702 Via Regina
Boca Raton, FL 33433

September 16, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Iryna Dirochian and I am 49 years old. My husband Oleksandr is 50 and we are from Ukraine. We have three wonderful children who are 10, 13, and 16 years old. In Ukraine, we had our own business making curtains.

In 2021, my husband, children and I came to America from Ukraine. When we arrived here, we were so impressed with this country that we decided to try to start our own business here too. We always dreamed about having a restaurant back in Ukraine, and here in America we decided to finally make that dream real and bought one.

When we arrived, we did not speak English at all. Everything here was new for us, and it was very hard in the beginning. We were looking for somebody who could help us understand basic things, to translate, and maybe with some experience in restaurant life. That is how we met Tatyana Smelik.

From the first days she was always next to us. She translated for us, helped with papers, explained different things, went with us to offices, made phone calls, came to meetings and consultations, always ready to help. She did this not for money, just because she wanted to help. Many times she solved problems for us that we didn't even know how to start.

She was so good at what she did that after some time we even asked her to work with us as a restaurant manager. For a while she was not just a helper from outside, but a real part of our team, working as a full member of our restaurant staff.

With time our work relationship became a real friendship between our families. We know her very well. She is always ready to answer, to come, to support. Always kind, always honest, always doing things for others without asking anything back. It is hard to describe her human qualities in words, because she is really a person with a big heart.

We are very thankful to Tatyana for everything she did for us and for other people. She is one of those rare people who is always ready to give her time and energy to help somebody else.

Respectfully,

Iryna and Oleksandr Dirochian

# EXHIBIT J

**To the Honorable Court**

**Character Reference for Tatyana Smelik**

I, Artem Paskevych, 36 years old, came to the United States in 2024. My current occupation is a truck driver.

I meet Tatyana through common Ukrainian friends when I was looking for a place to live. From the very beginning of my life in the U.S., I received significant support from Tatyana Smelik. Arriving in a new country without knowledge of the language and without understanding many aspects of daily life, I faced extreme difficulties. During this challenging time, Tatyana was by my side and provided essential assistance.

She accompanied me to banks to open personal and business accounts, helped me understand documents and procedures, and explained many aspects of life in the U.S. that were completely new to me. Furthermore, she provided me with temporary housing and offered moral support during the most difficult moments.

Thanks to her care and support, I was able to adapt, regain confidence, and begin building my life in America.

I know Tatyana as a kind, generous, responsible, and honest person who is always willing to help others. Based on my personal experience with Tatyana Smelik, I can confirm that she is a person of good character and a valuable member of the community. She has expressed sincere remorse regarding her current legal situation, and I am confident that these circumstances do not reflect her true character.

I respectfully ask the Court to consider this letter when reviewing her case.

Sincerely, Artem Paskevych

Email: artashtex@icloud.com
Phone: (786) 514-0550

# EXHIBIT K

Olga Kozlova
2850 N. Palm Aire Dr., Apt, #302
Pompano Beach, FL  33069

September 15, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Olga Kozlova and I am 51 years old.  I was born in St. Petersburg, Russia. I
am a nuclear physicist by education, and graduated from St. Petersburg State
University. In October 2013, I moved to the United States and later became a U.S.
citizen.  I have two daughters who are 25 years old and 22 years old.

I moved to Florida and have lived here since 2013.  I currently work as a Principal
Statistical Programmer for clinical research. I have been close friends with Tatyana
Smelik for 7 years. All this time I have known Tatyana as a wonderful friend, a
responsive person, a caring mother of 4 children and a loving grandmother of 3
grandchildren.

People's feelings are very important to her, and she is ready to help in any situation.
You can always rely on her. Tatyana never remains indifferent to other people's
problems. She will always find the right kind words to help you feel better during difficult
periods in your life. I know her only as a person who brings goodness and creation
around her.

Tatyana was very worried after the start of military actions in Ukraine, she was not
indifferent to the fates of her compatriots, families who are trying to survive and save
families from the war zone.

As close friends, we talk a lot about important topics. From our conversations I know
that Tatyana deeply regrets that her desire to help and save Ukrainians from the
ongoing war let to such a mistake on filed forms. She is sincerely sorry for those actions
and taking full responsibility for it. I deeply believe that she was guided only by
compassion and the desire to help.

Regards,

Olga Kozlova

*Kapoba* 09.15.2025

# EXHIBIT L

Elena Bick
650 Snug Harbor Drive #G409
Boynton Beach, FL 33435


September 23, 2025


Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik


Dear Judge Damian,

My name is Elena Bick. I am 42 years old, a wife, and the mother of two sons. I am also the inventor of Frenchies Hairpins and the founder of Frenchies Inc. I was born in Russia and have been a proud U.S. citizen since 2009.

I first met Tatyana in 2015 through a dear friend, and from the beginning, we formed a close friendship. Over the years, I have come to know her as a remarkable person—kind, reliable, and deeply committed to her family as the mother of four children.

Tatyana has supported me and my family on many occasions. One example I will never forget is when I was traveling with my husband and our one-year-old son across the country. Our truck broke down in the mountains, hours away from help, while towing our trailer. We felt stranded and didn't know where to turn. I reached out to Tatyana, who was in Washington at the time. Without hesitation, she drove for hours to bring us a part so we could repair our vehicle. Her generosity and willingness to help in such a difficult situation left a lasting impression on me.

Later, when we were purchasing a home, we relied on Tatyana's professional services. She guided us responsibly and skillfully through the process, ensuring we were protected during both the search and the negotiations.

Tatyana has always been someone who helps others whenever she can. Even after the war in Ukraine began—a time when some of my Ukrainian acquaintances chose to distance themselves from local Russians—Tatyana remained my friend. Despite my being Russian-American, she never judged or turned away. To me, this reflects her deep compassion and ability to value people for who they are.

When I heard of her arrest, I was shocked and heartbroken, as I know Tatyana to be a woman of strong morals and integrity. I truly believe that any error she made was out of a mistaken sense of loyalty to help others. I know that she fully appreciates that what she did was a crime and was simply wrong.

I respectfully ask that you consider the character of the woman I know: a kind-hearted, generous, and honest person who has always shown care for her family, friends, and community. I sincerely hope that Tatyana is not sentenced as a criminal, because she is, at her core, a person of goodness and compassion.

Sincerely,

Elena Bick

# EXHIBIT M

Svetlana Shimanskaya
9568 Balenciaga Ct
Delray Beach, FL 33446


September 27, 2025

The Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Svetlana Shimanskaya, I am 46 years old, a wife and mother of two sons. I work in real estate. I was born in Belarus and a proud U.S. citizen since March 2019.

I am writing to share what I know about Tatyana, whom I've known for about seven years.

I met Tatyana at a gathering of Russian-speaking women in our community. Many of us come from places like Russia, Belarus, or Ukraine, and we share memories of growing up in the former Soviet Union. This made us feel connected, no matter our background. Tanya stood out as a kind and positive person. To me, she's like a light in the dark, always seeing the good in things and ready to help others.

Tatyana is warm, caring, and always ready to lend a hand. She has a big heart. I was very shocked to hear about her arrest. I believe any mistake she made came from trying to help someone, not from wanting to cause trouble. The war between the two Eastern European countries has been hard on our community, as many of us have close family ties there. I think this situation affected her choices.

I respectfully ask the court to consider Tatyana's good character and the circumstances when making your decision. I believe she is a good person who feels sorry for her mistake and wants to make things right.

Thank you for reading this letter.

Sincerely,

Svetlana Shimanskaya

# EXHIBIT N

Yana Zaraiska
9441 Affirmed Ln
Boca Raton, FL 33496
October 1, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

**Re: Character Reference for Ms. Tatyana Smelik**

Dear Judge Damian,

My name is Yana Zaraiska, I am 38 years old, an entrepreneur and a mother living in Florida. I have known Ms. Tatyana Smelik since June 2022, when we met through mutual acquaintances during a very difficult time for me and my family. At that time, I was facing serious personal and organizational challenges, including the theft of my documents, while my loved ones were in a situation affected by the consequences of the war.

From the very beginning of our acquaintance, Tatyana showed care and compassion toward me and my family. She supported me emotionally, shared practical advice, and helped me navigate important life decisions with balance and logic. Thanks to her support, I was able to stabilize my family situation and continue developing my small business.

I want to emphasize specific examples of her help. When I urgently needed to resolve a housing issue, Tatyana — as a licensed real estate professional — assisted me in finding and securing the home where my family and I live today. Earlier, when my parents had just arrived in the United States, she even offered them a temporary place to stay in her own home until we could arrange suitable housing. This act of kindness was extremely meaningful for us.

Tatyana is one of the very few friends I turn to in truly important and difficult situations. Her advice is always constructive and grounded in logic and life experience. For example, when I was considering taking risky, hasty steps in business expansion and investment, Tatyana helped me take a sober look at the situation and avoid decisions I was not ready for. Looking back, I realize that her thoughtful guidance saved me from significant mistakes.

There were also personal decisions in which her support was invaluable. When I had doubts about accepting a proposal of marriage, Tatyana gently but firmly reminded me that marriage should be entered into with confidence and sincerity, not hesitation. Her words helped me make a mature choice and avoid a step for which I was not emotionally prepared.

Over the years of our friendship, I have come to know Tatyana as a kind, reliable, and compassionate person, always ready to help others in difficult moments. I deeply value her presence in my life and believe she contributes positively to those around her.

During our most recent conversation, I saw in Tatyana a person who is deeply shaken by what has happened. She openly expressed her regret and her awareness of the seriousness of the situation. It is clear to me that her actions did not come from malicious intent but rather from a genuine desire to help people in need. That strong desire, as I understand it, led her to lose vigilance and make a mistake. Today she recognizes her error, sincerely regrets it, and takes it as a serious lesson. At the same time, she shows the strength and dignity to accept the Court's decision responsibly.

For these reasons, I respectfully ask the Court to take into account her positive qualities, her compassionate character, and her good intentions, and to grant leniency in sentencing.

Sincerely,

Yana Zaraiska

# EXHIBIT O

Svetlana Ivanova
Kosareva str., 7-48
Yekaterinburg, Russia


September 9, 2025


Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Svetlana Ivanova, and I am writing to ask you to review my letter describing my friend Tatyana Smelik, with whom I have been friends for over 40 years. A little about me. I was born in a small mining village in the Urals in Russia and when I was 6 years old, my parents moved to Chukotka to a small village called Vesenniy. In Vesenniy, Tanya and her family lived next door to mine in neighboring houses. Tanya and I were friends all throughout our school years.

After I finished school, my family moved to Yekaterinburg, where I studied at the university, received a higher education and now work at a research institute as a procurement manager. I am 48 years old, I am divorced and I have an adult daughter, who is 26 years old and is married. My parents are retired, but my dad continues to work as a mining engineer in a quarry. My mother takes care of the house and garden.

My parents and Tanya's parents were also friends. After school, we moved away from our small village where we spent our childhood. But even after that, we continued to maintain friendly relations. We used to write letters to each other and visit each other. Now we regularly call each other and communicate via the Internet, and when possible, we meet in person. I have been friends with Tanya for most of my life, and over the years, I have come to know her as a decent, honest, and kind-hearted person.

I would like to point out several qualities that fully characterize her as a person.

1. Honesty and integrity.

Tanya is a person you can always rely on. In relationships with friends and loved ones, she is always sincere and honest. She values trust and has never done anything to undermine it. In her life, she always strives to do everything right, with respect for others and with high moral responsibility.

2. Compassion and kindness.

Tanya is a person with a big and kind heart. She is always ready to help friends and loved ones, ready to support and help those who need it. Her compassion for others is always sincere. Over the years of our friendship, I have often asked her for help in difficult situations, and she has always responded with readiness. Her heart is open to others.

3. Responsibility and dedication.

Tanya always takes responsibility for her actions, be it personal or professional matters. She has never shied away from responsibility, even when the situation became difficult, she was always ready to cope with difficulties with full dedication.

4. Devotion to friendship.

I can say for sure that this long-term friendship with Tanya is one of the most stable in my life. We support each other in everything, despite the distances and life changes. Her fidelity and loyalty are simply impeccable. I have no brighter example of true and loyal friendship.

5. Readiness for self-criticism and repentance.

I understand perfectly well that as a result of recent events, Tanya found herself in a difficult situation that led to the charges being brought. I want to emphasize that during our conversations on this topic, she shows sincere remorse for her actions that led to this. She deeply worries about her mistakes and understands how important and responsible her actions were. We talked about this a lot, and I am sure that she understands the seriousness of the situation and is ready to take into account the lessons learned from this mistake.

6. Wisdom and desire to improve.

Tanya always strives to learn and develop, both personally and professionally. She deeply understands the importance of personal responsibility and is willing to work on herself so as not to repeat her mistakes in the future. Her sincere remorse and desire to become better are the qualities that define her as a person who deserves a second chance.

Judging by my many years of experience communicating with her, I can confidently say that Tanya is a person who always strives to do the right thing and respect the laws and norms of society. She sincerely regrets what happened and realizes how important this experience is for her future life.

I hope that this letter will help you get a more complete picture of Tanya as a person who strives to correct her mistakes and do everything possible to prevent them in the future.

Sincerely,

Svetlana Ivanova

# EXHIBIT P

**Honorable Melissa Damian**

United States District Judge

299 E. Broward Blvd.

Fort Lauderdale, FL 33301

**Re: Character Reference for Ms. Tatyana Smelik**

Dear Judge Damian,

My name is Burak Örün. I am 30 years old, originally born in Turkey, and I currently live in Richmond, Virginia. I work as a Biomedical Engineer & Customer Service Supervisor at Atlantic Lab Services (ALS). In my role, I oversee preventive maintenance and service for high-complexity laboratory analyzers across multiple sites, ensuring reliability and compliance. This work requires responsibility, technical expertise, and strong ethical values — qualities I also deeply value in my personal relationships.

I am writing to offer a character reference for my close friend, Ms. Tatyana Smelik, whom I have known for the past four years.

I first met Tatyana while living in Fort Lauderdale, Florida. From the beginning, I came to know her as a hardworking, compassionate, and principled person. She has always faced life's challenges with resilience and a positive outlook. I have seen firsthand how devoted she is to her family and how willing she is to support others in need, even during difficult circumstances.

In our community, Tatyana is recognized for her generosity and sincerity. A personal example I can share is when she went out of her way to provide guidance and encouragement during a challenging time in my life, showing kindness and thoughtfulness that had a lasting impact.

I also understand that Tatyana regrets the error in her application forms. From my knowledge of her, this mistake does not reflect her true character. Rather, it stemmed from her genuine desire to help in a time of need.

I respectfully ask the Court to consider Tatyana's integrity, compassion, and long-standing commitment to helping others when reviewing her case.

Thank you for your time and consideration.

Sincerely,

**Burak Örün**
9229 Reams Rd
Richmond, VA 23236
09/29/2025

# EXHIBIT Q

Dmytro Brailovskyi
2651 South Palm Aire Drive
Pompano Beach, FL 33069

September 15, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Dmytro Brailovskyi. I am 27 years old, hold a degree in law from the Ukraine. In Ukraine, I was involved in business. I am a refugee from Ukraine who was given the opportunity to come to America in 2023.

In 2023, I was introduced to Tatyana Smelik by a mutual friend, and from the very beginning she came across as a very kind and compassionate person. When I asked for her help, she readily agreed and became my sponsor under the "United for Ukraine" program. Thanks to her support, I was able to submit my documents and come to the United States.

After my arrival, Tatyana continued to help me – with housing, translations, and paperwork. She never left me alone in difficult situations. For all of this, I feel deep gratitude toward her, and I am always ready to help her in return if she ever needs it. If it weren't for Tatyana's help, I might have had to remain in Ukraine, which could have negatively affected my life and health. Therefore, I am especially thankful to her. Today I am working as a truck driver, and my life is stable and safe.

Tatyana and I have maintained a good relationship. At some point, she shared with me the difficult situation in her life, including the court case and the charges against her. I saw that she truly regrets what happened. I am confident that this will never happen again, as she is genuinely a very good and decent person.

I hope that my words and my presence in court will help support a fair decision.

Sincerely,

Dmytro Brailovskyi

# EXHIBIT R

Erkan Ozmeric
2661 S Course Dr Apt 209
Pompano Beach, FL 33069
09/19/2025

**Honorable Melissa Damian**
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

**Re: Character Reference for Ms. Tatyana Smelik**

Dear Judge Damian,

My name is Erkan Ozmeric. I am 50 years old U.S. Citizen and currently work as a Program Director at Kellstrom Aerospace in Davie, FL. I am a retired Military Pilot and Aerospace Engineer, retired as a Major (OF-4) after honorable service with NATO Forces in Turkiye, Germany, and the United States Air Force.

I am writing to offer a character reference for my close friend, Ms. Tatyana Smelik, whom I have known for the past four years.

From the time we met through mutual friends, I have come to know Tatyana as a hardworking, compassionate, and principled person. She is deeply devoted to her family, having raised four children on her own with remarkable strength and perseverance. Despite challenges, she has always faced life with resilience and a positive spirit.

Tatyana is someone who consistently puts others first. She has been a source of support and guidance to those around her, treating everyone with fairness and empathy. One personal example of her thoughtfulness is how she introduced me to my wife, recognizing our compatibility and helping us form a relationship that has greatly enriched my life.

In her community, Tatyana is known for her generosity and willingness to help those in need. I have seen her provide assistance and encouragement to people going through difficult times, always with sincerity and care.

I also understand that Tatyana regrets the error in her application forms. From what I know of her, this mistake does not reflect her true character. Rather, it came from her desire to help during a time of crisis.

With this in mind, I respectfully ask the Court to take into account her long history of integrity, compassion, and service to others when considering her sentence.

Thank you for your time and consideration.

Sincerely,

Erkan Czmeric

# EXHIBIT S

Ganna Purliyev
6323 La Costa dr Apt J
Boca Raton , FL 33433

September 15, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

I am Ganna Purliev. I am 46 years old, and am mother of two sons, a wife, and working as a caregiver as a caregiver in a company that provides care for aging and disabled people, as I am Certified Nursing Assistant. I am originally from Ukraine. In 2008, I moved to the United States and later became a U.S. citizen.

I met Tatyana the first day my family moved to Boca Raton at the doctors office where we both took our kids. It happened that we are from the same region in Ukraine and we have a lot of things in common. Our families became very close and our friendship has become stronger and stronger with each passing year.

I know Tatyana as a very honest, kind and supportive person with strong moral qualities and very nice supportive family. I feel blessed to know her.

She has a strong connection with people in our Slavic community and her desire to help people. The news about the war in Ukraine shocked all of us, and everyone felt the need to help our people, relatives and friends who lived in Ukraine at the time. I know Tatyana has helped a lot of people in different ways, including with housing, giving advice, and connecting them with resources. All of that was done sincerely to help people to adopt a new life in the U.S.

I know that Tatyana deeply regrets the mistake that was made in the application forms. I know that this was done in a desire to help people who were running from the war zone. I am asking to consider the circumstances that lead to her action when making a sentencing decision.

Sincerely,

Ganna Purliyev

# EXHIBIT T

Ilia Kriukov
5205 Congress Ave, apt 537
Boca Raton, FL 33487


September 16, 2025


Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Ilia Kriukov and I am 44 years old. I was born in 1981 in what was then the Soviet Union, in a small town. I earned a degree from the Volga State University of Telecommunications and Informatics. After graduation, I married and now have two children, an 18 year old daughter and a 9 year old son.

In Russia, I first worked as a technician at an automatic telephone station, maintaining and repairing telephone systems. Later, I operated my own small-scale freight transportation business across the country.

When I immigrated to the United States in the fall of 2021, my professional background in telecommunications proved invaluable. I am now employed as a telecommunications specialist, working on cell towers to troubleshoot and repair equipment for the cellular operator AT&T.

I have known Tatyana Smelik since 2015. From the very beginning of my life in the United States, she has been a tremendous source of support. When I arrived in the U.S. through the Mexico border in 2021, she became my guarantor and stood by my side during this extremely difficult time.

Tatyana helped me in many practical ways as I was adapting to a completely new country. She accompanied me to banks to open personal and business accounts, acting as a translator since at that time I did not speak English. She explained many things about everyday life in America that I simply did not know. She also provided me with a place to live and gave me important moral support.

If it were not for Tatyana, I honestly do not know how my life in America would have turned out. Thanks to her help and care, I was able to get back on my feet. Today, I have a stable job, housing, and confidence in my future. For all of this, I am deeply grateful to her.

Over the years of our friendship, I have seen Tatyana as a kind, generous, and responsible person. She has always been willing to help others, and her actions speak for themselves. I am aware of the legal difficulties she is now facing. She has spoken openly to me about them and has expressed deep remorse. I am convinced that this situation does not reflect her true character. Tatyana Smelik is, at her core, a very good person who sincerely regrets what happened.

I firmly believe that Tatyana is a valuable person and a worthy member of the community, and I respectfully ask you to take this into consideration.

Sincerely,
Ilia Kriukov

# EXHIBIT U

Liudmyla Smielik
4302 N Ella Rd
Spokane, WA 99212

October 14, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Liudmyla Smielik. I am 37 years old and originally from Ukraine. Due to the war, I was forced to leave my home country and came to the United States in 2022 to live with my brother. I hold two university degrees — in Finance, Banking, and Insurance, and in English Philology. In Ukraine, I worked for ten years in a bank, providing customer and VIP client support. Currently, I live in Spokane, Washington, where I work at Walmart as a Digital Shopper.

During that difficult time, Ms. Tatyana Smelik, my brother's former wife, offered me tremendous support and assistance. She helped me with all the necessary paperwork, guided me through the adaptation process, and provided invaluable emotional and practical help when I needed it most.

I have known Tatyana for almost 30 years, and throughout this time, I have known her as a kind, caring, and genuine person. She is a devoted and loving mother who always puts her children's well-being above all else and works hard to provide them with love, care, and stability.

Tatyana has always been someone who never turns away from people in need. Whether it is her family, friends, or even strangers, she is always ready to help, listen, and offer support. Her kindness, compassion, and willingness to help others have positively impacted many lives, including mine.

I truly believe that Tatyana is an honest, responsible, and compassionate person who strives to do what is right and learns from her mistakes. She has accepted responsibility for her actions and sincerely regrets what happened. I can see how

deeply she feels remorse and how determined she is to make amends and move forward in a positive way.

I respectfully ask the Court to take into consideration her good character, devotion to her children, kindness, and sincere remorse when deciding her case.

Thank you for your time and understanding.


Sincerely


Liudmyla Smiel

# EXHIBIT V

Marina Kazanova
5917 Monterra Club Dr
Lake Worth, FL 33363

September 25, 2025

Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

My name is Marina Kazanova. I was born in 1978, and I live in Lake Worth, Florida. I am married and a mother of three children. Since 2016, I have been living in the United States, where I work as a caregiver.

I met Tatyana in 2017, and from the very beginning we became close friends. We often met at the birthday celebrations of mutual friends, and we spent time together with a larger group on camping trips. From the very start, I saw in Tatyana a kind, warmhearted, and helpful person. At that time, my family and I were new immigrants in the U.S. and often felt lost in many everyday situations. Tatyana, who had already lived here for many years, always supported us with advice and guidance. I turned to her for help many times, and she was always willing to give her time and knowledge without hesitation.

Through these years of friendship, I have come to respect Tatyana as a caring, generous, and dependable individual. Tatyana is a person who I can call any time and I know she will help in possible way or guide in the right dire. She has shown kindness not only to me but also to many others around her. Her presence has been a positive influence in my life, and I am truly grateful for our friendship.

I know that Tatyana feels regret and sorrow for the circumstances that brought her before this Court. She has spoken about it with me, and I believe her words are sincere. I see that she understands the seriousness of the situation and wishes she could undo her mistake.

With deep respect, I kindly ask you to consider her good character, her compassion for others, and her genuine remorse. I truly believe Tatyana has the strength and the will to learn from this experience and continue to be a good and supportive person for her family, her friends, and her community.

Thank you very much for your time and attention.

Respectfully,

Marina Kazanova

# EXHIBIT W

Viacheslav Runkevich
519 S Levis Ave
Tarpon Springs, FL 34689


September 15, 2025


Honorable Melissa Damian
United States District Judge
299 E. Broward Blvd.
Fort Lauderdale, FL 33301


Re: Character Reference for Ms. Tatyana Smelik

Dear Judge Damian,

I am Viacheslav Runkevich and I am 56 years old. I was born in Belarus, then moved to Russia. Since 2019, I have lived in the Tampa Bay area. I graduated from Marine College in Kaliningrad and the Russian Government Academy of National Economy in Moscow. For over 22 years, I have been managing logistics companies in Russia. In 2018, I bought a dock building company in the Tampa Bay Area. I have three adult children.

I met Tatyana Smelik about 10 years ago. Our children played on the same hockey team.

Tatyana is a kind and sympathetic person. She advised my family on how to start life in a new country. When I was looking for a business to buy, she helped me with the translation of some documents and letters without asking for anything in return. She also went with me to numerous negotiations with business sellers, as both a translator and an advisor.

Later, after I bought the business and moved to live and work in another city, we continued to maintain contact. When I needed it, I always turned to her for advice or help and was never refused. Perhaps this trait of her character contributed to the fact that, trying to help as many people as possible fleeing the horrors of war, she made that mistake. I know that Tatyana sincerely regrets and worries about what happened.

Sincerely,

Viacheslav Runkevich

# EXHIBIT X

Yevgeniya Wolbrecht
5511 N Colton Lane
Spokane Valley, WA 99212
(509) 828-3783

September 19, 2025

Honorable Melissa Damian
United States District Judge
299E Broward Blvd
Fort Lauderdale, FL 33301

Re: Character Reference for Ms. Tatayana Smelik

Dear Honorable Judge Damian,

My name is Yevgeniya Wolbrecht, and I am writing this letter in support of Tatyana Smelik, who is currently facing a decision in court. I'm 47 years old, working at Numerica Credit Union (Spokane, WA) as Business Services manager for past 20 years. I first met Tatyana in Spokane, Washington when she was helping Slavic community with translation and applying for the jobs. She brought so much happiness to a lot of families with all her knowledge and support. I have known her for 20 years as an amazing friend. I can personally attest to her character, values, and positive impact on our community.

During the time I have known Tatyana, I have seen nothing but responsibility, kindness, and integrity in her actions. She is a hardworking, honest, and law-abiding individual who contributes positively to those around her. Tatyana is also a dedicated parent, and her presence is vital to the well-being of her family. She is a powerful woman and the backbone of this household. It's indisputable that her judgment will have serious negative repercussions on her grandchildren and her children. I truly believe that separating her from her family would be devastating, not just emotionally but also financially and practically.

In light of Tatyana's consistent good character, strong work ethic, and deep ties to our community and family. I respectfully urge Your Honor to consider these factors when determining the appropriate sentence. I truly believe that she has learned from this experience and is committed to making amends and moving forward in a positive and law-abiding way. A more lenient sentence would allow Tatyana to continue supporting her family, contribute to society, and demonstrate that one mistake does not define a person's entire life.

Thank you for your time and consideration of this request. Please do not hesitate to contact me if any further information is needed.

Sincerely,
Yevgeniya Wolbrecht